UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| EARL RODENBERGER and SUSAN McMULLEN,<br><br>Plaintiffs,<br><br>v.<br><br>YRC, INC. d/b/a YRC FREIGHT, INC., a Delaware Corporation, by and through its authorized agents and employees, including but not limited to, PETRE VASSEV,PETRE VASSEV, individually, ABS COURIERS, INC., an Illinois Corporation, by and through its authorized agents and employees, including but not limited to BOLESLAWSKI BUNCLER, and BOLESLAWSKI BUNCLER, individually,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:16-cv-5239 |

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed between the parties to the above entitled action, acting through their respective attorneys, that this action be dismissed with prejudice and without costs to any party. The court shall retain jurisdiction to enforce and adjudicate any liens.

_____
Edward W. McNabola, Esq.
McNabola Law Group, P.C.
55 W. Wacker Drive, Suite 900
Chicago, IL. 60601
Phone: (312) 629-2900
**Represents: Plaintiffs, Earl Rodenberger and Susan McMullen**

_____
Stephen D. Koslow, Esq.
McCullough, Campbell & Lane LLP
205 N. Michigan Avenue, Suite 4100
Chicago, IL 60601
Phone: (312) 923-4000
**Represents: Defendants, YRC Inc. and Petre Vassev**

1

Elana K. Seifert, Esq.
Thomas & Associates
500 W. Madison St., Suite 2900
Chicago, IL 60661
Phone: (312) 930-5500
**Represents: Defendant ABS Couriers, Inc.**